**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION (MIAMI)**

| | |
|---|---|
| **UNION TANK CAR COMPANY**, a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>**METRIX ENERGY LLC**, a Delaware limited liability company, )<br><br>Defendant. ) | Case No. _____ |

## COMPLAINT

Plaintiff Union Tank Car Company ("**UTLX**") files this complaint against Defendant Metrix Energy LLC ("**Metrix**") to recover monetary damages for Metrix's breach and default under certain lease agreements pursuant to which Metrix leased forty-nine (49) railroad tank cars from UTLX.

## PARTIES

1. UTLX is a corporation organized under the laws of the State of Delaware with its principal place of business in Chicago, Illinois.

2. Metrix is a limited liability company organized under the laws of the State of Delaware.

3. Upon information and belief, the only members of Metrix are Michael Gruener and Alfred "Fred" Lucius, both of whom are believed to be domiciled in and citizens of the State of Florida.

4. Metrix may be served herein by serving its registered agent in the State of Florida: Michael Gruener, 7920 SW 173rd Terrace, Palmetto Bay, Florida 33157.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1332(a)(1) because the suit is between citizens of different states (UTLX is a citizen of the States of Illinois and Delaware; Metrix is a citizen of the State of Florida) and the matter in controversy exceeds $75,000.00, excluding interest and costs.

6. The Southern District of Florida is a proper venue under 28 U.S.C. § 1391 because Metrix resides in this district and/or a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

## BACKGROUND

7. On or about February 1, 2021, UTLX and Metrix entered into a Car Service Agreement dated as of February 1, 2021 (the "**Car Service Agreement**"), pursuant to which UTLX and Metrix agreed upon certain terms and conditions that would apply in the event that UTLX subsequently agreed to lease railroad tank cars to Metrix.

8. A true and accurate copy of the Car Service Agreement is attached hereto as **Exhibit A** and expressly incorporated herein by reference.

9. On or about February 1, 2021, UTLX and Metrix entered into Rider No. 1 to Car Service Agreement (as the same may have been amended, modified, renewed and/or extended from time to time, "**Rider No. 1**"), pursuant to which UTLX agreed to lease certain railroad tank cars to Metrix in accordance with the terms and conditions set forth in the Car Service Agreement and Rider No. 1.

10. A true and accurate copy of Rider No. 1 is attached hereto as **Exhibit B** and expressly incorporated herein by reference.

11. On or about March 13, 2021, UTLX and Metrix entered into Rider No. 2 to Car Service Agreement (as the same may have been amended, modified, renewed and/or extended from time to time, "**Rider No. 2**" and, together with Car Service Agreement and Rider No. 1 (the "**Tank Car Lease Agreements**"), pursuant to which UTLX agreed to lease certain railroad tank cars to Metrix in accordance with the terms and conditions set forth in the Car Service Agreement and Rider No. 2.

12. A true and accurate copy of Rider No. 2 is attached hereto as **Exhibit C** and expressly incorporated herein by reference.

13. Pursuant to the Tank Car Lease Agreements, Metrix leased a total of forty-nine (49) railroad tank cars from UTLX (collectively, the "**Leased Tank Cars**").

14. UTLX invoiced Metrix each month for the agreed-upon rent and related charges owing with respect to the Leased Tank Cars.

15. Pursuant to the provisions of Section 1.05 of the Car Service Agreement, Metrix agreed to pay the full amount of each such monthly invoice within ten days of the invoice's issuance.

16. Pursuant to Section 4.06 of the Car Service Agreement, Metrix agreed that in the event it failed to timely pay any rent or related charges owing to UTLX, it would pay UTLX: (a) interest on the past-due balance at the greater of twelve percent (12%) *per annum* or the prevailing prime rate published in the Wall Street Journal; and (b) a late payment fee of one percent (1%) of the past-due balance for each month the past-due balance remains unpaid.

17. Pursuant to Section 4.07 of the Car Service Agreement, Metrix further agreed that in the event it defaulted under the Tank Car Lease Agreements, it would pay all of UTLX's

resulting costs and expenses, including UTLX's "reasonable attorneys' fees and costs of collection."

18. Beginning in June, 2022, Metrix failed to pay the monthly amounts invoiced by UTLX under the Tank Car Lease Agreements.

19. On July 29, 2022, UTLX sent written notice of default to Metrix (the "**7/29/22 Default Notice**"): (a) advising Metrix that at least $28,921.79 in monthly rental payments and related charges were past-due and owing to UTLX under the Tank Car Lease Agreements; and (b) directing Metrix to cure the foregoing defaults within fifteen (15) days of such notice in accordance with the provisions of Sections 4.06 and 4.07 of the Car Service Agreement.

20. A true and accurate copy of the 7/29/22 Default Notice is attached hereto as **Exhibit D** and is expressly incorporated herein by reference.

21. Notwithstanding UTLX's transmittal of the 7/29/22 Default Notice, Metrix failed and/or refused to cure the above-referenced defaults.

22. On August 25, 2022, UTLX sent another written notice to Metrix (the "**8/25/22 Demand Letter**"), wherein UTLX advised that as a result of Metrix's failure and refusal to fully cure the above-referenced defaults, UTLX was making demand for: (a) the immediate payment of the entire balance of $35,511.71 then owing by Metrix to UTLX pursuant to the Tank Car Lease Agreements; and (b) the orderly return of the Leased Tank Cars to UTLX.

23. A true and accurate copy of the 8/25/22 Demand Letter is attached hereto as **Exhibit E** and is expressly incorporated herein by reference.

24. On or before September 2, 2022, Metrix caused all of the Leased Tank Cars to be returned to UTLX.

25. Metrix, however, has continued to fail and/or refuse to pay the outstanding balance of past-due rent and related charges owing to UTLX under the Tank Car Lease Agreements.

26. On December 19, 2022, UTLX, by and through its outside counsel, sent written correspondence to Metrix (the "**Final Demand Letter**"), demanding payment in full on or before December 23, 2022 of the unpaid balance of past-due rent and related charges owing by Metrix to UTLX pursuant to the parties' Tank Car Lease Agreements.

27. A true and accurate copy of the Final Demand Letter is attached hereto as **Exhibit F** and is expressly incorporated herein by reference.

28. Notwithstanding the transmittal of the Final Demand Letter, Metrix has failed and refused to pay any of the past-due balance of accrued but unpaid rent and related charges owing by it to UTLX under the Tank Car Lease Agreements.

**COUNT I**
**(Action for Breach of Contract)**

29. UTLX hereby incorporates by reference in this paragraph 29, and realleges as if the same were fully set forth herein, the allegations contained in paragraphs 1 through 28 of this Complaint.

30. Metrix has materially breached and defaulted under the Tank Car Lease Agreements by failing and/or refusing to pay the monthly rental payments and related charges that became due and owing under the Tank Car Lease Agreements.

31. As a direct and proximate result of the foregoing breach and default, UTLX has sustained and is continuing to sustain ongoing loss and injury.

32. The outstanding indebtedness owing by Metrix to UTLX pursuant to the Tank Car Lease Agreements totals not less than $150,120.18, plus pre-judgment interest thereon on and after December 16, 2022 at the rate of 12% per annum.

33. Additionally, UTLX is entitled to recover the costs of collection that it has incurred and continues to incur with respect to the foregoing indebtedness, including, without limitation, its reasonable attorneys' fees and expenses.

34. All conditions precedent with respect to UTLX's right to recovery hereunder have been performed and/or have occurred.

WHEREFORE, UTLX respectfully requests that this Court enter a monetary judgment in its favor and against Metrix granting the following relief:

(a) Damages in an amount not less than $150,120.18, plus pre-judgment interest thereon on and after December 16, 2022 at the rate of 12% per annum;

(b) Damages in the amount of UTLX's costs of collection, including, without limitation, its reasonable attorneys' fees and expenses; and

(c) Such other and further relief as the Court deems just and proper.

## COUNT II
### (Unjust Enrichment—in the Alternative to Count I)

35. UTLX hereby incorporates by reference in this paragraph 35, and realleges as if the same were fully set forth herein, the allegations contained in paragraphs 1 through 34 of this Complaint.

36. During the period of June 1, 2022 through and including September 2, 2022, Metrix had possession and use of UTLX's Leased Tank Cars.

37. Metrix has failed and refused to pay any consideration to UTLX for Metrix's possession and use of the Leased Tank Cars during the period of June 1, 2022 and up through and including September 2, 2022.

38. Metrix would be unjustly enriched if it were allowed to enjoy possession of and use UTLX's Leased Tank Cars during the period of June 1, 2022 up through and including September 2, 2022 without paying any corresponding compensation and/or consideration to UTLX.

39. The value of Metrix's use and possession of the Leased Tank Cars during the period of June 1, 2022 through and including September 2, 2022 is equal to and/or greater than $150,120.18, plus pre-judgment interest thereon on and after December 16, 2022 at the rate of 12% per annum and UTLX's costs of collection, including, without limitation, its reasonable attorney's fees and expenses.

WHEREFORE, UTLX respectfully requests that this Court enter a monetary judgment in its favor and against Metrix granting the following relief:

(a) Damages in an amount not less than $150,120.18, plus pre-judgment interest thereon on and after December 16, 2022 at the rate of 12% per annum;

(b) Damages in the amount of UTLX's costs of collection, including, without limitation, its reasonable attorneys' fees and expenses; and

(c) Such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Douglas E. Ede*
DOUGLAS E. EDE
Florida Bar No.:  764787
E-mail:  dede@rumberger.com (primary)
docketingmiami@rumberger.com and
dedesecy@rumberger.com (secondary)
LOREN M. KORKIN
Florida Bar No.:  1010531
E-mail:   lkorkin@rumberger.com (primary)
docketingmiami@rumberger.com and
lkorkinsecy@rumberger.com (secondary)
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Plaintiff Union Tank Car Company

 --and--

David D. Farrell, Esq.
(*pro hac vice motion pending*)
THOMPSON COBURN LLP
One US Bank Plaza, Suite 2700
505 N. Seventh Street
Saint Louis, Missouri 63101
Telephone No. (314) 552-6000
Facsimile No. (314) 552-7000
Email: dfarrell@thompsoncoburn.com
Attorneys for Plaintiff Union Tank Car Company